**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LAVIEN SALES,**

**Plaintiff,**

**- against -**

**LYFT, INC.,**

**Defendant.**

---

**26-cv-2954 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On August 13, 2026, the defendant, Lyft, Inc. ("Lyft") filed a motion to compel arbitration and stay this action. ECF No. 14. The plaintiff may respond to the motion by **August 31, 2026**. Lyft may reply by **September 11, 2026**.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 17, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**