UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVIEN SALES,

Plaintiff,

- against -

LYFT, INC.,

Defendant.

26-cv-2954 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On August 13, 2026, the defendant, Lyft, Inc. ("Lyft") filed a motion to compel arbitration and stay this action. ECF No. 14. On September 11, the defendant filed a reply in support of the motion. ECF No. 22. The Court has not received any response by the plaintiff, although the defendant indicates the defendant has received a response to which the defendant's reply is directed. The defendant is requested to provide the Court with the plaintiff's response.

The plaintiff is also requested to submit his response to the pro se office by **October 2, 2026**. The plaintiff may email his response as a PDF attachment to ProSe@nysd.uscourts.gov or mail the opposition to the Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, New York 10007.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 21, 2026**

**John G. Koeltl**
**United States District Judge**