UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVIEN SALES,

Plaintiff,

- against -

LYFT, INC.,

Defendant.

26-cv-2954 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendant's motion to compel arbitration and stay the action on **Thursday, November 5, 2026, at 11:00 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The plaintiff failed to appear for the telephone conference scheduled on October 5, 2026. If the plaintiff fails to appear for the next conference, it will be the second time that the plaintiff has failed to appear, and the case may be dismissed without prejudice for failure to prosecute.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
October 5, 2026

John G. Koeltl
United States District Judge