UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVIEN SALES,

Plaintiff,

- against -

LYFT, INC.,

Defendant.

26-cv-2954 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court held a conference on November 5, 2026. The defendant is requested to obtain a copy of the transcript of the conference and provide a copy to the plaintiff and the Court.

The defendant may respond to the plaintiff's recent filings by **December 1, 2026.**

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
November 20, 2026

John G. Koeltl
United States District Judge